# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| BARBARA CUTLER,  Plaintiff, vs. GEICO CASUALTY COMPANY  Defendant. | Case No. 2:16-cv-01980-GMN-GWF  **ORDER** |

This matter is before the Court on Defendant's failure to file a Statement in Removal. The Minutes of the Court (ECF No. 4) dated August 19, 2016, required the party removing the action to this court to file a Statement in Removal by September 6, 2016. To date, Defendant has not complied. Accordingly,

**IT IS ORDERED** counsel for the Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (ECF No. 4) no later than **October 17, 2016**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 7th day of October, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge