1 ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
2 E-Mail: Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT, ESQ.
3 Nevada Bar No. 010171
E-Mail: Priscilla.OBriant@lewisbrisbois.com
4 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
5 Las Vegas, Nevada 89118
702.893.3383
6 FAX: 702.893.3789
*Attorneys for Defendant*
7 *GEICO Casualty Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| BARBARA CUTLER,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO CASUALTY COMPANY, individually; and DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | CASE NO. 2:16-cv-01980-GMN-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties, by and through their respective undersigned counsel of record, agree and stipulate that all claims against GEICO CASUALTY COMPANY in the above-entitled action shall be dismissed in their entirety, with prejudice, each party to bear its own costs and attorneys' fees.

///

///

///

///

///

///

///

4850-8032-2379.1

IT IS FURTHER STIPULATED AND AGREED that there are no pre-trial hearings or a trial date set in this matter.

IT IS SO STIPULATED.

DATED this 7th day of July, 2017.

CLARK MCCOURT

By: /s/ Lukas McCourt
Lukas B. McCourt, Esq.
Nevada Bar No. 11839
*Attorneys for Plaintiff*

DATED this 7 day of June, 2017

LEWIS, BRISBOIS, BISGAARD & SMITH, LLP

By: /s/ Priscilla O'Briant
Priscilla L. O'Briant, Esq.
Nevada Bar No. 10171
*Attorneys for GEICO*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 10, 2017